IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY G. STEELE,

      Plaintiff,                     No. CIV S-05-1874 LKK DAD P

   vs.

MARK McMAHON, et al.,

      Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with this civil rights action. On September 30, 2005, the court directed the clerk to provide plaintiff with a Notice of Submission of Documents form, a copy of the original complaint filed September 19, 2005, a summons form, and a USM-285 form. Plaintiff was ordered to submit "all of the following documents to the court at the same time": the completed and signed Notice of Submission of Documents, one completed summons, one completed USM-285 form, and two complete copies of the endorsed complaint filed September 19, 2005. Plaintiff submitted the completed summons and completed USM-285 form but did not submit the Notice of Submission of Documents. Plaintiff submitted three incomplete and inaccurate copies of his complaint.

        Plaintiff is advised that the original complaint on file is a 132-page document. It bears the word "Original" and is stamped "FILED." It is not marked "Copy" and is not stamped

1  "ORIGINAL FILED." It does not include plaintiff's application to proceed in forma pauperis,
2  which was filed as a separate document. The three 7-page copies submitted by plaintiff are not
3  complete and accurate copies of plaintiff's original complaint. This action cannot proceed
4  against defendant McMahon until plaintiff submits two complete copies of the original complaint
5  together with the Notice of Submission of Documents previously provided by the court. Plaintiff
6  shall indicate on the Notice of Submission of Documents that he previously submitted one
7  completed summons form and one completed USM-285 form.

8       Accordingly, IT IS HEREBY ORDERED that within thirty days plaintiff shall
9  submit the Notice of Submission of Documents, completed and signed, with two true and exact
10 copies of the 132-page original complaint filed September 19, 2005. Failure to submit the
11 required documents within the specified time period will result in a recommendation that this
12 action be dismissed without prejudice for failure to comply with court orders. See Local Rule
13 11-110.

14 DATED: November 3, 2005.

                                                               */s/ Dale A. Drozd*
                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

17 DAD:13:bb
   stee1874.8f