IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY G. STEELE,

      Plaintiff,                     No. CIV S-05-1874 LKK DAD P

   vs.

MARK McMAHON, et al.,

      Defendants.            <u>ORDER</u>

_____/

       Plaintiff has filed several discovery requests.  Plaintiff is referred to the Discovery Order filed in this case on February 17, 2006.  Court permission is not necessary for discovery requests, and copies of such requests "shall not be submitted to the court for filing except when required by Local Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c)."  (Discovery Order at 1.)  Plaintiff is directed to send his discovery requests to defendant McMahon's counsel and not to submit copies to the court for filing.  If a motion to compel discovery must be filed, copies of the relevant discovery requests and responses must be attached to the motion as exhibits.

       Plaintiff is reminded that a document properly submitted to the court for filing must include a proof of service showing the date on which he placed a complete copy of the document in the mail to defendant's counsel and the complete address to which the copy was mailed.  <u>See</u> Fed. R. Civ. P. 5; Local Rule 5-135(a).

1

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's March 20, 2006 discovery requests will be disregarded, and plaintiff is cautioned not to file copies of his discovery requests or responses, except as required by applicable rule or order.

DATED: April 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
stee1874.411+35