IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY G. STEELE,

    Plaintiff,                    No. CIV S-05-1874 DAD P

    vs.

MARK McMAHON, et al.,

    Defendants.            ORDER

_____/

        Plaintiff has requested the appointment of counsel. Plaintiff is informed that the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1), but the court cannot require such assistance. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motions for appointment of counsel will therefore be denied.

/////

/////

/////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. Plaintiff's July 31, 2006 motion for appointment of counsel is denied; and

3      2. Plaintiff's September 15, 2006 motion for appointment of counsel is denied.

4  DATED: October 23, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
stee1874.31