IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY G. STEELE,

      Plaintiff,                       No. CIV S-05-1874 DAD P

   vs.

MARK McMAHON, et al.,

      Defendants.                 ORDER

_____/

        By order filed August 4, 2006, this action was assigned to the undersigned for all further proceedings.  By the same order, the date set for jury trial before the district judge was vacated.  All other dates set in the July 11, 2006 scheduling order remain in effect.  The parties are informed that a new date for jury trial will be set before the undersigned if issues remain to be tried after the court rules on the motion for summary judgment filed by defendant McMahon on September 29, 2006.

        Defendant McMahon initially noticed his motion for hearing on November 8, 2006.  By amended notice of motion filed on October 2, 2006, defendant re-noticed his motion for hearing on November 3, 2006.  Pursuant to defendant's second amended notice of motion, the motion has been dropped from the court's calendar, and the motion is to be briefed in accordance with Local Rule 78-230(m).  (See Order filed Nov. 23, 2005, at 3, ¶¶ 7 & 8.)  Prior to the filing

1

1  of defendant's second amended notice, plaintiff requested a continuance of the hearing date. The
2  court will construe the request as one for an extension of time to file opposition to the motion.
3  Good cause appearing, the motion will be granted.

4      Accordingly, IT IS HEREBY ORDERED that:

5      1. Plaintiff's October 17, 2006 request for continuance is granted; and

6      2. Plaintiff's opposition to defendant McMahon's motion for summary judgment
7  shall be filed and served within forty-five days after the date of this order; and

8      3. Defendant McMahon's reply to opposition shall be filed and served within
9  fifteen days after plaintiff's opposition is served.

10  DATED: October 23, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14  DAD:13
stee1874.msjsch

2