IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY G. STEELE,

    Plaintiff,                      No. CIV S-05-1874 LKK DAD P

    vs.

MARK McMAHON, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Under the court's July 11, 2006 scheduling order, plaintiff's pretrial statement was due on April 13, 2007, and defendants' pretrial statement was due on April 27, 2007. Pretrial conference was set for May 4, 2007, and jury trial was set for July 24, 2007. Neither party has filed a pretrial statement, and defendants have filed a motion for summary judgment. Good cause appearing, the court will vacate the scheduling order dates related to pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon. The remainder of the court's July 11, 2006 scheduling order will remain in effect.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's July 11, 2006 scheduling order dates related to pretrial statements (April 13, 2007 and April 27, 2007), pretrial conference (May 4, 2007), and jury trial (July 24, 2007) are vacated; and

2. The remainder of the court's July 11, 2006 scheduling order remains in effect. The court will issue a revised scheduling order if necessary after summary judgment has been ruled upon.

DATED: May 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stee1874.41mod

2