IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRY G. STEELE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**MARK McMAHON, et al.,**<br><br>                              Defendants. | CIV S-05-1874 DAD P<br><br>**ORDER** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties have filed a signed stipulation to dismiss this action with prejudice. Therein defendant waives any costs or fees to which he would otherwise be entitled.

Based on the stipulation of the parties, IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

DATED: February 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/stee1874.stip